In the Matter of the Petition of KESBEC, INC., Appellant, against PATRICK J. REVILLE, as Commissioner of Buildings in the Borough of the Bronx, etc., Respond-

ent.— Order denying petitioner's motion for a peremptory order of mandamus to compel the commissioner of buildings in the borough of the Bronx to issue a building permit for the erection of a building to be used for the testing, adjusting and relining of automobile brakes at premises situated at 2409 Jerome avenue, Bronx, unanimously affirmed, with twenty dollars costs and disbursements. (See *Matter of Greene* v. *Dorman*, 229 App. Div. 743; *People ex rel. Broadway & 96th Street Realty Co.* v. *Walsh*, 203 id. 468, and *People ex rel. Walsh* v. *Kleinert*, 200 id. 836.) Present — Martin P. J., McAvoy, O'Malley, Townley and Glennon, JJ.